UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOLIERE DIMANCHE,

    Plaintiff,

v.                                     Case No.: 6:25-cv-02255-AGM-LHP

HEATHER PINDER-RODRIGUEZ,
*et al.*,

    Defendants,

## ORDER

This cause comes before the Court upon *sua sponte* review. Under 28 U.S.C. § 455(a), a federal judge "shall disqualify h[erself] in any proceeding in which h[er] impartiality might reasonably be questioned." Section 455(a) "places a judge under a self-enforcing obligation to recuse himself where the proper legal grounds exist." *United States v. State of Ala.*, 828 F.2d 1532, 1540 (11th Cir. 1987). Here, the Complaint (doc. # 1) names as defendants several judges who serve in the same division as the undersigned. Given the undersigned's professional familiarity and working relationships with named defendants, recusal is appropriate.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. The undersigned disqualifies herself from the proceedings, pursuant to 28 U.S.C. § 455(a); and

2. The Clerk is directed to reassign this case to the next available District Judge.

**DONE** and **ORDERED** in Orlando, Florida, on December 17, 2025.

 ANNE LEIGH GAYLORD MOE
 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Pro se parties